# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LINDA DURR HART** | * | CIVIL |
| **WIFE OF AND JAMES HART** | * | |
| | * | ACTION NO. |
| | * | JURY TRIAL |
| **Plaintiffs** | * | |
| **VERSUS** | * | SECTION "   " |
| | * | |
| | * | JUDGE: |
| **THE UNITED STATES OF AMERICA,** | | |
| **UNITED STATES GOVERNMENT,** | * | MAG. |
| **AND THE DEPARTMENT OF THE NAVY** | * | |
| **Defendants** | * | |

*******************************************

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes, Linda Durr Hart, wife of and James Hart, persons of the full age of majority, and residents of the State of Texas, who respectfully represent:

The following parties are named as defendants herein:

1. **The United States of America, the United States Government,** who is believed to be the owner and operator of the Department of the Navy shuttle bus, and employer of the driver, that in the course and scope of her employment negligently struck petitioner, Linda Durr Hart, who was a pedestrian watching a Mardi Gras parade in

       the City of New Orleans on February 21, 2009;

2.     **The Department of the Navy**, and its shuttle bus driver, who was the operator, owner, and had the care, custody, and control of the Department of the Navy shuttle bus that injured the petitioner, Linda Durr Hart.

## CAUSES OF ACTION AND VENUE

1.

This complaint is brought under the Federal Tort Claims Act, 28 U.S.C. Section 2671 et seq, and Louisiana State causes of action under Louisiana Civil Code Article La. C.C. Article 2315, (Liability for acts causing damages), Article 2316 (Negligence, imprudence or want of skill), Article 2317 (Acts of others and of things in custody), Article 2320 (Acts of servants, students, or apprentices). This suit is filed in the proper venue in the City of New Orleans, Parish of Orleans, State of Louisiana, where the accident occurred. Venue is proper in this court located in the City of New Orleans, Orleans Parish, State of Louisiana, where the petitioner Linda Durr Hart was injured.

## ALL ADMINISTRATIVE FTCA PROCEDURES HAVE BEEN FULFILLED AND FTCA CLAIMS DENIED

2.

The United States of America, United States Government, and the Department of the Navy shuttle bus operator are liable for the negligent operation of the shuttle bus by its driver. Federal Tort Claims Act, Forms SF-95, were filed on February 17, 2010, by petitioners by U.S. Mail RRR, a copy attached hereto as (Exhibit "1"), with supporting Forms SF-95 (Exhibits "2" and "3").   Petitioners' (FTCA) claims were denied on September 8, 2010, by the Department of the Navy, stating that "the damages alleged did not result from any negligent act or omission on the part of an employee of the United States. Accordingly, your clients' claim is denied (Exhibits "4" and "5")." This FTCA suit is filed timely within 180 days of all FTCA letters of denial by defendants.

3.

Petitioners bring this claim under the Federal Torts Claims Act Violation. Petitioners affirmatively alleged that all necessary administrative conditions precedent as required by the FTCA, 28 USC Section 2674 have been satisfied. Petitioners' claims had been denied by defendant, the Department of the Navy. The Department of the Navy, in its denial of the FTCA claim on September 8, 2010 stated that "the damages alleged did not result from any negligent act or omission on the part of an employer of the United States.

**FACTS OF ACCIDENT:**

4.

On February 21, 2009, petitioner, Linda Durr Hart, a resident of Dallas, was standing on Canal Street, near the corner of Chartres Street and Canal Street, behind police barricades, watching a Mardi Gras parade.  Canal Street and Chartres Street are located in Orleans Parish, City of New Orleans, and State of Louisiana. At approximately 12:20 p.m., a shuttle bus being driven by the defendant. Sabrina Davis, turned east from Chartres Street on to Canal Street.  As the bus proceeded down Canal Street, the defendant drove the bus too close to the barricade the petitioner, Linda Durr Hart, was standing behind, ultimately striking the barricade  The passenger side mirror of the bus hit the petitioner, Linda Durr Hart, in the head and neck.  The bus also, knocked the barricade into petitioner, Linda Durr Hart's lower back area causing her to fall down.

**INJURIES OF LINDA DURR HART:**

5.

Linda Durr Hart, has sustained injuries from the accident including a knot on her head, with symptoms of neck throbbing for several months, dizziness for at least 2 months, and blurred vision which she still suffers from.  She also sustained low back pain which radiates down her

left leg, and suffers with a partial limp.

6.

Mrs. Hart was treated at Methodist Hospital of Dallas, in the emergency room, on March 10, 2009, with complaints of left leg pain for 1 week that is non stop, worse when walking. She also was suffering with low back pain, which extends from her hip to her ankle. Mrs. Hart, who was age 41 at the time, reported that she was hit in the head by a bus on February 21st.

7.

The physical exam in the ER reflected moderate pain on palpation and pain on movement to her neck and back. Mrs. Hart was administered Ativan in the ER and was prescribed Tramadol and Flexeril.

8.

Due to continued pain from her left hip, radiating down her left leg, Ms. Hart was treated in the ER at Parkland Hospital on July 6, 2009. On physical exam, paraspinal tenderness on the left was noted with SLR weak positive on left.

9.

On September 22, 2009, Mrs. Hart was treated by Dr. Bradley Eames with chief complaints of back and left leg pain. At the time she was taking Naprosyn, Flexeril and Verapamil. Dr. Eames diagnosis after exam was Lumbar strain with myositis, Lumbar radiculitis and Left sacroilitis. Dr. Eames changed her meds to Mobie and Zanaflex and prescribed physical therapy.

10.

Mrs. Hart began physical therapy on September 25, 2009, at Texas Health, for sharp back pain and sharp pain down outside of left leg to ankle. Mrs. Hart underwent 5 more physical therapy treatments, and was re-evaluated by Dr. Eames on October 20, 2009, wherein he

prescribed more physical therapy, medications, and an MRI due to continued signs of radiculitis.

11.

Mrs. Hart underwent additional physical therapy, and on November 2, 2009, she underwent an MRI of the Lumbar spine at Prestige Imaging, with a finding of acute facet joint irritation and lumbar facet syndrome.

12.

Due to continued back and leg pain, on November 19, 2009, Dr. Eames performed a left sacroiliac joint injection on Mrs. Hart. The anesthesiologist was Dr. Stein.

13.

At the recommendation of Dr. Eames, Mrs. Hart was evaluated by Dr. Nicole Mangum, a psychologist, on November 23, 2009.  Dr. Mangum found Mrs. Hart to have moderate depression and mild anxiety as a result of her injury.

14.

Mrs. Hart continued with physical therapy, but due to her unceasing pain, Dr. Eames on December 24, 2009 performed Lumbar Facet blocks at L2-3, L3 and L4-5 bilaterally.  Dr. Stein was again the anesthesiologist.

15.

On January 14, 2010, Mrs. Hart was evaluated by Dr. Eames, who recommended additional physical therapy and discussed the possibility of Mrs. Hart being a candidate for radiofrequency rhizotomy (destruction of nerve).  Mrs. Hart declined a rhizotomy as she did not want to have a nerve killed.

16.

On April 27, 2010, Dr. Eames released Mrs. Hart with a diagnosis of facet pain almost completely resolved.

17.

On June 4, 2010, Mrs. Hart was examined by Dr. Trenton Weeks to if she had reached maximum medical improvement, and to determine her impairment rating.  At the time of the exam, Mrs. Hart was still suffering with constant low back pain, which is increased with prolonged sitting, standing and while sleeping.  Upon exam, Mrs. Hart was suffering with muscle spasms and guarding of the right lumbar paraspinal muscles.  After completing a battery of tests, Dr. Weeks determined that Mrs. Hart had reached maximum medical improvement.  He also observed multiple signs of anxiety and depression which he related to Mrs. Hart's injury.  Dr. Weeks diagnosed Mrs. Hart with a Spinal Impairment (Lumbosacral DRE Category II) at 5% Whole Person, and a Psychological Impairment (class 2 able to perform most functional activities) at 5% Whole Person, for a final impairment rating of 10% Whole Person.

18.

Mrs. Hart still suffers with low back pain and pain from her hip radiating down her left leg.  Despite the continued pain, Mrs. Hart still has declined a rhizotomy due to her concerns about the killing of a nerve.

19.

As a result of her injury, Mr. Hart does the cooking, house cleaning and drives Mrs. Hart around as driving exasperates her pain.  Mrs. Hart's injury causes her to be irritable when she is in pain, which has put a strain on her marriage.

## QUANTUM DAMAGES

20.

**Mrs. Hart:**

Specials:

| | |
|---|---|
| Methodist Hospital (3/10/09) | $   824.50 |
| ER Physician (3/10/09) | $   273.00 |
| Parkland Hospital (7/6/09) | $   116.00 |
| Parkland Physician (7/6/09) | $     96.00 |
| Texas Health (Phys. Therapy)(9/25/09-1/19/10)(13 visits) | $ 2,155.00 |
| Dr. Eames (9/22/09-4/27/10) | $ 4,251.00 |
| Dr. Stein (11/19/09 &12/24/09) | $ 1,190.00 |
| Texas Health (11/19/09 &12/24/09) | $ 5,190.42 |
| Prestige Imaging (11/2/09) | $ 1,600.00 |
| Dr. Mangum (11/23/09) | $ 1,340.00 |
| Dr. Weeks (6/4/10) | $    650.00 |
| Total Medicals | **$17,685.92** |

21.

The United States of America, the United States Navy, and defendant Navy shuttle bus operator, Sabrina Davis who worked for and was an employee of the defendant, acting in the course and scope of her work duties, committed negligence for the following acts:

1) Following too close to the police barricade along the parade route.

2) Failure to maintain proper control of her vehicle.

3) Other acts of negligence to be proven at trial.

22.

The United States of America, and Department of the Navy are responsible, and the proximate cause and liable for the injuries sustained by Linda Durr Hart and her husband James Hart.

23.

Linda Durr Hart itemizes her damages as follows:

1. Past and future pain and suffering.

2. Past and future mental anguish.

3. Past physical pain and suffering.

24.

James hart itemizes his damages as follow:

1. Medical expenses.

2. Loss of services.

3. Loss of consortium.

25.

Petitioners pray for trial by jury on all issues of fact, law and for all causes of action as petitioners have been damaged in excess of the jurisdictional requirements of this Court and far exceed $75,000.00.

26.

All conditions precedent to the granting of the relief herein requested have been satisfied.

27.

By the filing of this action, petitioners makes no election of remedies and not waiver of any rights, claims and defenses and pray for all equitable relief and damages as is reasonable in the premises and prays for trial by jury on all issues.

WHEREFORE, petitioners pray that due proceedings be had, and there be jury trial and judgment in favor of petitioners, Linda Hart and James Hart, against the defendants, the United States of America, Government of the United States and the Department of the Navy for such damages that are reasonable to the premises, and for legal interests from date of judicial demand,

including other legal and equitable relief, and such other damages that may be shown at the time of trial.

        Respectively submitted by:
**WESSEL & ASSOCIATES**
**A LAW CORPORATION**

/s/ Charles P. Ciaccio
CHARLES P. CIACCIO, #4121
WILLIAM F. WESSEL, #8551
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorneys for Plaintiffs/Linda Durr Hart
and James Hart

Please Serve:

1. The United States of America
   Thru the U.S. Attorney for the Eastern District of Louisiana
   By sending a certified copy of the petition and citation by Certified U.S. Mail RRR
   Hon. U. S. Attorney Jim Letton
   Hale Boggs Federal Building
   500 Poydras Street
   Suite B-210
   New Orleans, LA 70130

2. The Department of the Navy through the Office of the Judge Advocate General,
   Tort Claims Unit Norfolk,
   9620 Maryland Ave. Suite 100
   Norfolk, VA 23511-2989
   By sending a certified copy of the petition and citation by Certified U.S. Mail RRR

3. The U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave. N.W.
   Washington, D.C. 20530
   By sending a certified copy of the petition and citation by Certified U.S. Mail RRR

4. The Department of the Navy
   Secretary of the Navy
   1000 Navy Pentagon
   Washington, DC 20350-1000
   By sending a certified copy of the petition and citation by Certified U.S. Mail RRR