UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LINDA DURR HART, ET AL.                              CIVIL ACTION

VERSUS                                               NUMBER: 10-4156

UNITED STATES OF AMERICA,                            SECTION: "L"(5)
ET AL.

ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties, that the above matter has settled; Accordingly,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause within 60 days to reopen the action if settlement is not consummated.

The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE