UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LINDA DURR HART and JAMES HART** | * | CIVIL ACTION |
| | * | NO. 10-4156 |
| **VERSUS** | | |
| | * | SECTION "L" MAGISTRATE 5 |
| **UNITED STATES OF AMERICA and RAY MABUS, SECRETARY, DEPARTMENT OF THE NAVY** | * | |

\* \* \* \* \* \* \*

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss,

**IT IS HEREBY ORDERED** that the claim brought by Plaintiff, Linda Durr Hart, against the United States of America, in the above-captioned matter be dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this  29th  day of   December  , 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**